Teresa B. Clemmer (AK Bar No. 0111059)
Peter H. Van Tuyn (AK Bar No. 8911086)
Karen E. Schmidt (AK Bar No. 1211113)
BESSENYEY & VAN TUYN, LLC
310 K Street, Suite 200
Anchorage, AK 99501
Phone:  907-278-2000
teresa@bvt-law.com
peter@bvt-law.com
karen@bvt-law.com

*Counsel for Plaintiffs Alatna Village Council, Allakaket Tribal Council, Evansville Tribal Council, Huslia Tribal Council, Tanana Tribal Council, and Tanana Chiefs Conference*

Nancy S. Wainwright (AK Bar No. 8711071)
WAINWRIGHT LEGAL SERVICES, LLC
2459 Sprucewood Street
Anchorage, AK 99508
Phone:  907-205-1975
nsw@alaskan.com

*Counsel for Plaintiff Native Village of Kobuk Traditional Council*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ALATNA VILLAGE COUNCIL, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CHAD PADGETT, in his official capacity, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:20-cv-00253-SLG |

**PLAINTIFFS' NOTICE OF FILING OF FIRST AMENDED COMPLAINT
FOR DECLARATORY AND INJUNCTIVE RELIEF**

PLAINTIFFS' NOTICE OF FILING OF FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
*Alatna Village Council v. Padgett,* Case No. 3:20-cv-00253-SLG　　　　　　　　　　　　　　1

Case 3:20-cv-00253-SLG   Document 12   Filed 01/04/21   Page 1 of 3

Plaintiffs are filing concurrently with this Notice a First Amended Complaint for Declaratory and Injunctive Relief as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B). This filing is being made less than 21 days from the service of Defendants' Answer on December 18, 2020 (ECF 8), as specified in the rule. The purpose of this amendment is to withdraw the Native Village of Kobuk Traditional Council from this litigation. The Native Village of Kobuk Traditional Council has been represented by separate counsel, and its withdrawal will not affect the participation or representation of the remaining plaintiffs. This amendment does not include any substantive changes to the allegations, claims, or requests for relief in the original complaint (ECF 1).

DATED: January 4, 2021        Respectfully submitted,

BESSENYEY & VAN TUYN, LLC

By:  *s/ Teresa B. Clemmer*
Teresa B. Clemmer (AK Bar No. 0111059)
Peter H. Van Tuyn (AK Bar No. 8911086)
Karen E. Schmidt (AK Bar No. 1211113)

*Counsel for Plaintiffs Alatna Village Council, Allakaket Tribal Council, Evansville Tribal Council, Huslia Tribal Council, Tanana Tribal Council, and Tanana Chiefs Conference*

WAINWRIGHT LEGAL SERVICES, LLC

By:  *s/ Nancy S. Wainwright*
Nancy S. Wainwright (AK Bar No. 8711071)

*Counsel for Plaintiff Native Village of Kobuk Traditional Council*

PLAINTIFFS' NOTICE OF FILING OF FIRST AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF
*Alatna Village Council v. Padgett,* Case No. 3:20-cv-00253-SLG        2

# CERTIFICATE OF SERVICE

I hereby certify that, on January 4, 2021, I caused copies of the following:

>PLAINTIFFS' NOTICE OF FILING OF FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
>
>and
>
>FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

to be filed with the Court and served by electronic means on all counsel of record through the Court's CM/ECF system.

Since the attached document is over 25 pages, a Chambers Copy is being submitted to the Court via First Class Mail pursuant to Local Civil Rule 5.4.


                                                   */s/ Teresa B. Clemmer*
                                                    Teresa B. Clemmer

PLAINTIFFS' NOTICE OF FILING OF FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
*Alatna Village Council v. Padgett,* Case No. 3:20-cv-00253-SLG    3

Case 3:20-cv-00253-SLG   Document 12   Filed 01/04/21   Page 3 of 3