STACEY BOSSHARDT  
DC Bar No. 458645  
(*Pro Hac Vice* application pending)  
PERKINS COIE LLP  
700 Thirteenth Street, N.W., Suite 800  
Washington, D.C.  20005-3960  
Telephone:  202.654.6200  
SBosshardt@perkinscoie.com  

ERIC B. FJELSTAD  
JAMES N. LEIK  
PERKINS COIE LLP  
1029 West Third Avenue, Suite 300  
Anchorage, AK  99501-1981  
Telephone:  907.279.8561  
EFjelstad@perkinscoie.com  
JLeik@perkinscoie.com  

*Attorneys for Ambler Metals LLC,*
*Proposed Intervenor-Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALATNA VILLAGE COUNCIL, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>CHAD PADGETT, et al.,<br><br>   Defendants. | Case No. 3:20-cv-00253-SLG |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Ambler Metals LLC is a limited liability company organized as a joint venture under the laws of Delaware.  Ambler Metals LLC is owned equally by NovaCopper US

*Alatna Village Council et al. v. Chad Padgett, et al.*, Case No. 3:20-cv-00253-SLG

Inc., a wholly owned subsidiary of Trilogy Metals Inc., and South32 USA Exploration, Inc., a wholly owned subsidiary of South32 Limited. Trilogy Metals Inc. is a publicly traded corporation organized under the laws of the Province of British Columbia, Canada. South32 Limited is a publicly traded corporation organized under the laws of Australia.

Dated: January 22, 2021         **PERKINS COIE LLP**
*Attorneys for Proposed Intervenor-Defendant Ambler Metals LLC*


By: *s/ Stacey Bosshardt*
Stacey Bosshardt,
DC Bar No. 458645
(*Pro Hac Vice* application pending)
SBosshardt@perkinscoie.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211

Eric B. Fjelstad
efjelstad@perkinscoie.com
James N. Leik
jleik@perkinscoie.com
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.263.6473

*Alatna Village Council et al. v. Chad Padgett, et al.*, Case No. 3:20-cv-00253-SLG
2
151087025.1
Case 3:20-cv-00253-SLG   Document 27   Filed 01/22/21   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2021, a copy of the foregoing was served by electronic means on all counsel of record by the Court's DM/ECF system.

Dated: January 22, 2021          By: *s/ Stacey Bosshardt*
                                                                  Stacey Bosshardt