# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALATNA VILLAGE COUNCIL, *et al.*,<br><br>       Plaintiffs,<br>  v.<br><br>CHAD PADGETT, in his official capacity as Alaska State Director for the U. S. Bureau of Land Management, *et al.*<br><br>       Defendants,<br>  and<br><br>AMBLER METALS, LLC,<br><br>       Intervenor-Defendants. | Case No. 3:20-cv-00253-SLG |

## ORDER RE JOINT STIPULATION AS TO MOTION TO INTERVENE BY AMBLER METALS, LLC

Before the Court at Docket 26 is Ambler Metals' unopposed motion to intervene as defendant in this action. Federal Defendants take no position on the motion. Plaintiffs and movant filed a Joint Stipulation as to Motion to Intervene by Ambler Metals, LLC at Docket 28.

IT IS HEREBY ORDERED that Ambler Metals' motion to intervene as defendant as stipulated with Plaintiffs is GRANTED. The case caption is amended as shown above.

IT IS FURTHER ORDERED that the Court adopts the terms of Plaintiffs' and Ambler Metals' Joint Stipulation and IT IS ORDERED that Plaintiffs and Amber Metals, LLC, shall abide by the terms of that joint stipulation.

IT IS FURTHER ORDERED that Ambler Metals shall file its Answer within **7 days** of this order.

Dated this 8th day of February, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00253-SLG, *Alatna Village Council, et al. v. Padgett, et al.*
Order re Ambler Metals' Unopposed Motion to Intervene
Page 2 of 2

Case 3:20-cv-00253-SLG   Document 33   Filed 02/08/21   Page 2 of 2