JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

SARAH A. BUCKLEY (Virginia State Bar No. 87350)
ELISABETH H. CARTER (New York State Bar No. 5733274)
Trial Attorneys
Environmental Defense Section
P.O. Box 7611 Washington, D.C. 20044
(202) 616-7554 || 202-305-8865 (fax) (Buckley)
(202) 514-0286
sarah.buckley@usdoj.gov
elisabeth.carter@usdoj.gov

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALATNA VILLAGE COUNCIL, *et al.*,<br><br>         Plaintiffs,<br>v.<br><br>CHAD PADGETT, in his official capacity as Alaska State Director, U.S. Bureau of Land Management, *et al.*,<br><br>         Defendants,<br>  and<br><br>AMBLER METALS, LLC, et al.,<br><br>         Intervenor-Defendants. | Case No. 3:20-cv-00253-SLG |

## UNOPPOSED MOTION SEEKING EXTENSION OF SCHEDULE

Defendants Chad Padgett, *et al.*, request entry of an order extending the current schedule addressing the administrative record in the above-captioned case, as set forth below. Plaintiffs have indicated this case is related to *Northern Alaska Environmental Center et al. v. de la Vega*, Case No. 3:20-cv-00187-SLG, but they do not seek to consolidate the cases. ECF 3. However, the current schedules are the same for both cases, and the same extension requested herein will be submitted in a similar motion in the related case.

In compliance with the existing schedule (ECF 23), Defendants on January 15, 2021, filed and served the initial production of the administrative records of the Bureau of Land Management and National Park Service. Defendants need additional time beyond the existing deadline of February 19, 2021, to complete the additional production of administrative records. The current database includes a large volume of documents, including native format e-mails harvested from multiple agency personnel. Under applicable law and guidance, it will require significant time by agency personnel to review and code these documents in order to determine which of them to include in the additional production. The agency is addressing these tasks during a period of unique workload volume and complexity for Department of the Interior matters in Alaska, which have taxed resources in the Defendant bureaus and agencies, including agency counsel.

Undersigned counsel has conferred with counsel for the other parties. Plaintiffs do not oppose the motion. Intervenor-Defendants Ambler Metals LLC and Alaska Industrial

*Alatna Village Council v. Padgett*
Defs.' Unopposed Motion Seeking Extension of Schedule

Case No. 20-cv-00253-SLG
2

Case 3:20-cv-00253-SLG   Document 36   Filed 02/16/21   Page 2 of 4

Development and Export Authority do not oppose the motion, while the State of Alaska takes no position on the motion.

Accordingly, Defendants request the schedule in this case be modified as follows:

1. Defendants will file and serve the additional production of the administrative records in accordance with Local Civil Rule 16.3(b)(1)(B) on or before **April 20, 2021**.

2. Any party contesting the sufficiency of the administrative record will identify their concerns and confer with counsel for Defendants on or before **May 20, 2021**.

3. The deadline for filing any motion to supplement the administrative record shall be **June 21, 2021**.

4. If a motion is filed in accordance with paragraph 3 above, the deadline for any response to the motion shall be 30 days after service of the motion, and the deadline for any reply shall be 14 days after service of any responses.

5. Any party may seek a further extension of time if necessary to review the administrative record and attempt to resolve any issues without contested motions.

6. If no motion is filed in accordance with paragraph 3 above, Counsel will submit a joint motion or status report(s) on or before **June 28, 2021**, proposing a schedule for briefing or further proceedings.

DATED: February 16, 2021.    JEAN E. WILLIAMS
　　　　　　　　　　　　　　　　Acting Assistant Attorney General
　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　Environment and Natural Resources Div.

                    */s/ Sarah A. Buckley*
                    SARAH A. BUCKLEY
                    ELISABETH H. CARTER
                    Trial Attorneys
                    Environmental Defense Section
                    P.O. Box 7611 Washington, D.C. 20044
                    (202) 616-7554 (Buckley) || 202-305-8865 (fax)
                    (202) 514-0286
                    sarah.buckley@usdoj.gov
                    elisabeth.carter@usdoj.gov

                    */s/ Paul A. Turcke*
                    PAUL A. TURCKE
                    Trial Attorney
                    Natural Resources Section
                    P.O. Box 7611 Washington, D.C. 20044
                    202-353-1389 || 202-305-0506 (fax)
                    paul.turcke@usdoj.gov

                    *Counsel for Defendants*

Of Counsel:

ELIZABETH GOBESKI
Attorney Advisor
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4186
elizabeth.gobeski@sol.doi.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on February 16, 2021, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                    */s/ Paul A. Turcke*
                    Paul A. Turcke