JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

SARAH A. BUCKLEY (Virginia State Bar No. 87350)
ELISABETH H. CARTER (New York State Bar No. 5733274)
Trial Attorneys
Environmental Defense Section
P.O. Box 7611 Washington, D.C. 20044
(202) 616-7554 (Buckley) || 202-305-8865 (fax)
(202) 514-0286 (Carter)
sarah.buckley@usdoj.gov
elisabeth.carter@usdoj.gov

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ALATNA VILLAGE COUNCIL, *et al.*,<br><br>  Plaintiffs,<br>v.<br><br>CHAD PADGETT, in his official capacity, *et al.*,<br><br>  Defendants,<br>and<br><br>AMBLER METALS, LLC, *et al.*,<br><br>  Intervenor-Defendants. | Case No. 3:20-cv-00253-SLG |

# UNOPPOSED JOINT MOTION ADDRESSING THE ADMINISTRATIVE RECORDS AND SCHEDULE

The parties have been conferring in good faith to resolve issues relating to the administrative records. A few issues remain outstanding, but the parties anticipate that these can be resolved in the near future without the need for a motion. It is therefore appropriate to modify the Court's previously-entered Scheduling Orders (ECF 42, 57) and the scheduling provisions of Local Civil Rule 16.3 to allow the parties to complete this process. After consultation with the Intervenor-Defendants, no party objects to this motion. The following proposed schedule is identical to that being proposed concurrently by the parties in *Northern Alaska Environmental Center v. Haaland*, 3:20-cv-00187-SLG:

1. Defendants will endeavor to serve the remaining administrative records identified through their conferral with the parties in accordance with Local Civil Rule 16.3(b)(1)(B) on or before **July 28, 2021**.

2. The deadline for filing any motion to supplement the administrative records shall be **August 4, 2021**.

3. If a motion is filed in accordance with paragraph 2 above, the deadline for any response to the motion shall be 30 days after service of the motion, and the deadline for any reply shall be 14 days after service of any responses.

4. Any party may seek a further extension of time if necessary to review the administrative records and attempt to resolve any issues without contested motions.

5. If no motion is filed in accordance with paragraph 2 above, counsel will

submit a joint motion or status report(s) on or before **August 4, 2021**, proposing a schedule for briefing or further proceedings.

| | |
|---|---|
| DATED: July 21, 2021. | JEAN E. WILLIAMS<br>Acting Assistant Attorney General<br>United States Department of Justice<br>Environment and Natural Resources Div.<br><br>SARAH A. BUCKLEY<br>ELISABETH H. CARTER<br>Trial Attorneys<br>Environmental Defense Section<br>P.O. Box 7611 Washington, D.C. 20044<br>(202) 616-7554 (Buckley) \|\| 202-305-8865 (fax)<br>(202) 514-0286 (Carter)<br>sarah.buckley@usdoj.gov<br>elisabeth.carter@usdoj.gov<br><br>*/s/ Paul A. Turcke*<br>PAUL A. TURCKE<br>Trial Attorney<br>Natural Resources Section<br>P.O. Box 7611 Washington, D.C. 20044<br>202-353-1389 \|\| 202-305-0506 (fax)<br>paul.turcke@usdoj.gov<br><br>*Counsel for Defendants* |

Of Counsel:

ELIZABETH GOBESKI
Attorney Advisor
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4186
elizabeth.gobeski@sol.doi.gov

*Alatna Village Council v. Padgett,*  Case No. 3:20-cv-00253-SLG
JOINT MOTION ADDRESSING THE ADMIN. RECORDS AND SCHEDULE  3

Case 3:20-cv-00253-SLG   Document 69   Filed 07/21/21   Page 3 of 4

*/s/ Teresa B. Clemmer* (consent)
Teresa B. Clemmer
CLEMMER LAW OFFICE, LLC
PO Box 4086
Palmer, AK 99645
907-982-2774
tclemmer@clemmerlaw.net

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2021, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke