TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

SARAH A. BUCKLEY (Virginia State Bar No. 87350)
ELISABETH H. CARTER (New York State Bar No. 5733274)
Trial Attorneys
Environmental Defense Section
P.O. Box 7611 Washington, D.C. 20044
(202) 616-7554 || 202-305-8865 (fax) (Buckley)
(202) 514-0286
sarah.buckley@usdoj.gov
elisabeth.carter@usdoj.gov

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALATNA VILLAGE COUNCIL, *et al.*,<br><br>            Plaintiffs,<br>  v.<br><br>CHAD PADGETT, in his official<br>capacity, *et al.*,<br><br>            Defendants,<br>  and<br><br>AMBLER METALS, LLC, *et al.*,<br><br>           Intervenor-Defendants. | Case No. 3:20-cv-00253-SLG |

*Alatna Village Council v. Padgett,*
JOINT MOTION REGARDING THE BRIEFING SCHEDULE

Case No. 20-cv-00253-SLG
1

## JOINT MOTION REGARDING THE BRIEFING SCHEDULE

Plaintiffs, Defendants, and Defendant-Intervenors in *Alatna Village Council v. Padgett*, Case No. 3:20-cv-00253-SLG, and *Northern Alaska Environmental Center*, Case No. 3:20-cv-00187-SLG, have conferred regarding the briefing schedule, although agreement among all parties could not be reached. Plaintiffs and Federal Defendants jointly request that this Court enter an order establishing a schedule that would allow for the Court to resolve the merits of these separate cases on the same schedule.

Both cases challenge Federal Defendants' decisions related to the approval of a road to the Ambler Mining District under various laws. Although the cases involve related facts and claims under some of the same statutes, the specific alleged violations in each case are distinct. The proposed case management schedule provides for separate briefing in each case to best accommodate the distinct legal claims and facts; the parties would submit their briefs on the same day in each case to promote efficient motions practice. Plaintiffs and Federal Defendants are opposed to consolidated briefing between the two cases. Prior experience in similar cases has shown that this approach can lead to unnecessary complication of the case, confusion of the issues, and excessive burdens on the Plaintiffs as well as the Court.

Accordingly, the Plaintiffs and Federal Defendants in both the *Alatna Village Council* and *Northern Alaska Environmental Center* cases propose the following briefing schedule:

1. Plaintiffs will submit their separate opening briefs on or before September 29,

2021;

2. Defendants will submit their separate briefs in opposition in each case on or before November 12, 2021;

3. Defendant-Intervenors will submit their briefs in opposition in each case on or before November 26, 2021;

4. Plaintiffs will submit their reply briefs on or before December 22, 2021.

5. The parties will submit their appendix of the record for each case on or before January 19, 2022.

This proposed schedule is identical to that being proposed concurrently via motion by the parties in *Northern Alaska Environmental Center v. Haaland*, 3:20-cv-00187-SLG.

DATED:  August 18, 2021.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

SARAH A. BUCKLEY
ELISABETH H. CARTER
Trial Attorneys
Environmental Defense Section
P.O. Box 7611 Washington, D.C. 20044
(202) 616-7554 (Buckley) || 202-305-8865 (fax)
(202) 514-0286
sarah.buckley@usdoj.gov
elisabeth.carter@usdoj.gov

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044

202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

ELIZABETH GOBESKI
Attorney Advisor
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4186
elizabeth.gobeski@sol.doi.gov

*/s/ Teresa B. Clemmer*
Teresa B. Clemmer
CLEMMER LAW OFFICE, LLC
PO Box 4086
Palmer, AK 99645
907-982-2774
tclemmer@clemmerlaw.net

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2021, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke