# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*,<br><br>  Plaintiffs,<br> v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the Interior, *et al.*,<br><br>  Defendants,<br><br> and<br><br>AMBLER METALS, LLC, *et al.,*<br><br>  Intervenor-Defendants. | Case No. 3:20-cv-00187-SLG |
| ALATNA VILLAGE COUNCIL, *et al.*,<br><br>  Plaintiffs,<br> v.<br><br>CHAD PADGETT, in his official capacity as Alaska State Director for the U.S. Bureau of Land Management, *et al.*,<br><br>  Defendants,<br><br> and<br><br>ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY, *et al.,*<br><br>  Intervenor-Defendants. | Case No. 3:20-cv-00253-SLG |

# ORDER RE BRIEFING SCHEDULE

Before the Court at Docket 76 is Plaintiffs and Defendants' *Joint Motion Regarding the Briefing Schedule.*[1]  *Also b*efore the Court at Docket 77, is *Intervenor-Defendants' Joint Motion Regarding the Briefing Schedule and Sufficiency of the Administrative Record and Requesting Status Conference.*[2]  Having reviewed and considered the parties' submissions, IT IS ORDERED that the briefing schedule shall be as follows:

1. Plaintiffs will file their separate opening briefs on or before September 29, 2021;
2. Defendants will file their separate briefs in opposition in each case on or before November 12, 2021;
3. Intervenor-Defendants will each file a combined brief in opposition for both cases on or before December 1, 2021;[3]
4. Plaintiffs will file their reply briefs on or before December 22, 2021.
5. The parties will submit their appendix of the record for each case on or before January 19, 2022.

Intervenor-Defendants request for a status conference is DENIED, as it was not necessary to the Court's determination of this briefing schedule.

DATED this 24th day of August, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[1] Docket 77 of Case No. 3:20-cv-00253-SLG.

[2] Docket 78 of Case No. 3:20-cv-00253-SLG.

[3] The Court finds that a combined brief by each Intervenor-Defendant is likely to be more concise and more likely to avoid repetition than separate briefs.  Federal Defendants are encouraged to simply cross-reference in their briefing where appropriate to avoid repeating the same arguments in each brief.