# Ambler Road Third Privilege Log - Case Nos. 20-cv-0187-SLG and 20-cv-0253-SLG

| Prod. Begin | Prod. End | AR_Date | Pages | File Name | Privilege | Privilege Justification | AR - Final Record Decision |
|---|---|---|---|---|---|---|---|
| BLM_0107949 | BLM_0108078 | 4/1/2015 | 130 | Blanchard.et.al.NLURA.2015_CR Survey GAAR-Part1_CONFIDENTIAL.pdf | Confidential;Sensitive | Contains sensitive cultural resource site location information | Produce Redacted |
| BLM_0108079 | BLM_0108224 | 4/1/2015 | 146 | Blanchard.et.al.NLURA.2015_CR Survey GAAR-Part2_CONFIDENTIAL.pdf | Confidential;Sensitive | Contains sensitive cultural site location information | Produce Redacted |
| BLM_0120501 | BLM_0120501 | 12/18/2020 | 1 | Ambler Road - resolution of Coast Guard permit issue_12.18.2020_Redacted.pdf | Privilege;AC;AWP | Providing privileged and confidential legal advice; conveying attorney's thoughts, impressions and/or legal strategy | Produce Redacted |
| BLM_0120502 | BLM_0120503 | 12/18/2020 | 2 | Bridges associated with Ambler Road Project_12_18_2020.pdf | Privilege;AWP | Conveying attorney's thoughts, impressions and/or legal strategy; joint defense privilege | Produce Redacted |