TREG TAYLOR
ATTORNEY GENERAL

Ronald W. Opsahl (Alaska Bar No. 2108081)
Senior Assistant Attorney General
Brian E. Gregg (Alaska Bar No. 2107080)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-6617
Facsimile: (907) 276-3697
Emails: ron.opsahl@alaska.gov
       brian.gregg@alaska.gov

*Attorneys for State of Alaska*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALATNA VILLAGE COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHAD PADGETT, in his official capacity as Alaska State Director for the U.S. Bureau of Land Management, *et al.*,<br><br>Defendants,<br><br>and<br><br>AMBLER METALS, LLC, *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:20-cv-00253-SLG<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

  The undersigned counsel, pursuant to Local Rule 11.1(c)(5), gives notice that Ronald W. Opsahl substitutes in for Erik A. Fossum as counsel of record for the State of

*Alatna Village Council, et al. v. Padgett, et al.*    Case No. 3:20-cv-00253-SLG
State's Notice of Withdrawal and Substitution of Counsel      Page 1 of 3

Alaska. The State of Alaska continues to be represented by Brian E. Gregg. All parties to this action have been notified of this withdrawal and substitution.

DATED: September 29, 2021.

    TREG TAYLOR
    ATTORNEY GENERAL

By: /s/ Ronald W. Opsahl
Ronald W. Opsahl (Alaska Bar No. 2108081)
Senior Assistant Attorney General
Brian E. Gregg (Alaska Bar No. 2107080)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5232
Facsimile: (907) 276-3697
Emails: ron.opsahl@alaska.gov
        brian.gregg@alaska.gov

*Attorneys for State of Alaska*

*Alatna Village Council, et al. v. Padgett, et al.*     Case No. 3:20-cv-00253-SLG
State's Notice of Withdrawal and Substitution of Counsel     Page 2 of 3

Case 3:20-cv-00253-SLG   Document 88   Filed 09/29/21   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify on **September 29, 2021,** I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification and electronic service of the same to all counsel of record.

/s/ Hannah B. Pothast
Law Office Assistant

*Alatna Village Council, et al. v. Padgett, et al.*     Case No. 3:20-cv-00253-SLG
State's Notice of Withdrawal and Substitution of Counsel     Page 3 of 3

Case 3:20-cv-00253-SLG   Document 88   Filed 09/29/21   Page 3 of 3