# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

ALATNA VILLAGE COUNCIL, *et al.*,

      Plaintiffs,
  v.

CHAD PADGETT, in his official capacity as Alaska State Director for the U. S. Bureau of Land Management, *et al.*

      Defendants,
 and

AMBLER METALS, LLC, *et al.*,

      Intervenor-Defendants.

Case No. 3:20-cv-00253-SLG

**ORDER RE PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND PLAINTIFFS' AND DEFENDANTS' JOINT MOTION FOR EXPEDITED CONSIDERATION**

Upon due consideration, *Plaintiffs' and Defendants' Joint Motion for Expedited Consideration* of Plaintiffs' motion for an extension of time to file their opening brief at Docket 85 is GRANTED. *Plaintiffs' Motion for Extension of Time to File Opening Brief* at Docket 84 is GRANTED as follows: The deadline for Plaintiffs to file their opening brief is postponed until after the Court rules on Defendants' pending motion for a stay.[1] In the event the Court does not grant the requested stay, Plaintiffs shall file their opening brief within two business days after the Court so orders. In the event

---

[1] Docket 83.

that the Court grants the motion to stay, Plaintiffs shall file their opening brief within two business days after the stay expires.

Dated this 29th day of September, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00253-SLG, *Alatna Village Council, et al. v. Padgett, et al.*
Order re Plaintiffs' and Defendants' Motion for Expedited Consideration and Plaintiffs' Motion for Extension of Time to File Opening Brief
Page 2 of 2

Case 3:20-cv-00253-SLG   Document 89   Filed 09/29/21   Page 2 of 2