TREG R. TAYLOR
ATTORNEY GENERAL

Ronald W. Opsahl (Alaska Bar No. 2108081)
Senior Assistant Attorney General
Brian E. Gregg (Alaska Bar No. 2107080)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-6617
Facsimile: (907) 276-3697
Emails: ron.opsahl@alaska.gov
　　　　brian.gregg@alaska.gov

*Attorneys for State of Alaska*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALATNA VILLAGE COUNCIL, *et al.,*<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CHAD PADGETT, in his official capacity as Alaska State Director for the U.S. Bureau of Land Management, *et al.,*<br><br>　　　　Defendants,<br><br>and<br><br>AMBLER METALS, LLC, *et al.,*<br><br>　　　　Intervenor-Defendants. | Case No. 3:20-cv-00253-SLG<br><br>**STATE OF ALASKA'S AMENDED RESPONSE TO FEDERAL DEFENDANTS' MOTION TO STAY** |

　　　　Upon further examination of the motion, and after reconsideration of its position, the State of Alaska amends its prior position and now intends to oppose the Federal

*Alatna Village Council, et al. v. Padgett, et al.*　　　　Case No. 3:20-cv-00253-SLG
State's Amended Response to Motion to Stay　　　　Page 1 of 3

Case 3:20-cv-00253-SLG　Document 90　Filed 09/30/21　Page 1 of 3

Defendants' motion for stay (ECF No. 83). A brief in support of the State's opposition is forthcoming.

DATED: September 30, 2021.

TREG R. TAYLOR
ATTORNEY GENERAL

By: /s/ Ronald W. Opsahl
Ronald W. Opsahl (Alaska Bar No. 2108081)
Senior Assistant Attorney General
Brian E. Gregg (Alaska Bar No. 2107080)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5232
Facsimile: (907) 276-3697
Emails: ron.opsahl@alaska.gov
brian.gregg@alaska.gov

*Attorneys for State of Alaska*

*Alatna Village Council, et al. v. Padgett, et al.*     Case No. 3:20-cv-00253-SLG
State's Amended Response to Motion to Stay     Page 2 of 3

Case 3:20-cv-00253-SLG   Document 90   Filed 09/30/21   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify on **September 30, 2021,** I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification and electronic service of the same to all counsel of record.

/s/ Leilani J. Tufaga
Law Office Assistant II

*Alatna Village Council, et al. v. Padgett, et al.*     Case No. 3:20-cv-00253-SLG
State's Amended Response to Motion to Stay     Page 3 of 3

Case 3:20-cv-00253-SLG   Document 90   Filed 09/30/21   Page 3 of 3