TREG R.TAYLOR
ATTORNEY GENERAL
Ronald W. Opsahl (Colo. Bar No. 35662)
Assistant Attorney General
Brian E. Gregg (Alaska Bar No. 2107080)
Assistant Attorney General
Alaska Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5100
Facsimile: (907) 276-3697
Email: *ron.opsahl@alaska.gov*
      *brian.gregg@alaska.gov*

Attorney for State of Alaska

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALATNA VILLAGE COUNCIL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS HEINLEIN, in his official capacity as Acting Alaska State Director for the U.S. Bureau of Land Management, et al., <br><br> Defendants, <br><br> and <br><br> AMBLER METALS, LLC, et al., <br><br> Intervenor-Defendants. | Case No. 3:20-cv-00253-SLG |

**STATE OF ALASKA'S MOTION FOR ORDER POSTPONING BRIEFING ON THE MERITS OF PLAINTIFFS' CLAIMS**

Intervenor-Defendant State of Alaska ("Alaska") moves this Court to vacate the current briefing schedule on the merits of Plaintiffs' claims,[1] and to stay proceeding on the merits until there is a ruling on Defendant Department of the Interior's pending voluntary remand motion.[2] Plaintiffs reserve taking a position on the motion. Federal Defendants do not oppose the motion. Intervenors AIDEA, Ambler Metals, LLC, and NANA do not oppose the motion.

In brief, on February 7, 2022, the Court issued an order setting a revised schedule for completing briefing on the merits of Plaintiffs' claims. Defendants' brief in opposition was due on February 22, Intervenor-Defendants' briefs in opposition are due on March 15, and Plaintiffs' reply brief are due on April 5.[3] However, on February 22, Defendant Department of Interior and its agencies, Defendants Bureau of Land Management and National Park Service, moved for an order remanding the "challenged decisions" to the agencies for reconsideration. At the request of several parties, the Court subsequently issued an order extending the deadline for the parties to respond to the Department's remand motion to March 22.[4] As a result, the date on which Intervenor-Defendants' merits briefs are due, March 15, which will pass before the Court has the opportunity to rule on the Department's remand motion.

Accordingly, good cause exists to vacate the current merits briefing schedule and stay further proceedings concerning the merits of Plaintiffs claims until the Court rules on

---

[1] The Court issued a revised briefing schedule on February 7, 2022. Doc. 109.
[2] Doc. 111 (Defendants' Motion for Voluntary Remand).
[3] Doc. 109.
[4] Doc. 116.

SOA's Motion for Order Postponing Briefing     3:20-cv-00253-SLG
*Alatna Village Council v. Heinlein*     Page 2 of 4
19451261
Case 3:20-cv-00253-SLG   Document 118   Filed 03/14/22   Page 2 of 4

the Department's remand motion.[5] The Court has the inherent authority to issue such an order to ensure the orderly conduct of the case and avoid potentially unnecessary filings by the parties.[6] Depending on the Court's ruling on the Department's remand motion, a new briefing schedule may then be set to conclude briefing on the merits of Plaintiffs' claims.

DATED: March 14, 2022.

                TREG R. TAYLOR
                ATTORNEY GENERAL

                By:/s/ Ronald W. Opsahl
                Ronald W. Opsahl
                Colo. Bar No. 35662
                Assistant Attorney General
                Brian E. Gregg
                Alaska Bar No. 2107080
                Assistant Attorney General
                Alaska Department of Law
                1031 West Fourth Avenue, Suite 200
                Anchorage, Alaska 99501
                Phone: (907) 269-5100
                Facsimile: (907) 276-3697
                Email: *ron.opsahl@alaska.gov*
                            *brian.opsahl@alaska.gov*

                Attorneys for State of Alaska

---

[5]   This case is related to but not consolidated with *Northern Alaska Environmental Center v. Debra Haaland*, No. 20-cv-00187-SLG. The schedule in that case is coordinated with the schedule in this case. An identical motion is filed in that case

[6]   *See Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

*SOA's Motion for Order Postponing Briefing*                 3:20-CV-00253-SLG
Alatna Village Council v. Heinlein                                         Page 3 of 4
19451261

Case 3:20-cv-00253-SLG    Document 118   Filed 03/14/22   Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify on March 14, 2022 I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification and electronic service of the same to all counsel of record.

/s/ Suzanne N. Jump
Law Office Assistant I

SOA's Motion for Order Postponing Briefing
Alatna Village Council v. Heinlein
19451261

3:20-CV-00253-SLG
Page 4 of 4

Case 3:20-cv-00253-SLG   Document 118   Filed 03/14/22   Page 4 of 4