TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

SARAH A. BUCKLEY (Virginia State Bar No. 87350)
ELISABETH H. CARTER (New York State Bar No. 5733274)
Trial Attorneys, Environmental Defense Section
P.O. Box 7611 Washington, D.C. 20044
202-616-7554 (Buckley) || 202-305-8865 (fax)
202-514-0286 (Carter)
sarah.buckley@usdoj.gov
elisabeth.carter@usdoj.gov

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALATNA VILLAGE COUNCIL, *et al.*,<br><br>    Plaintiffs,<br>  v.<br><br>THOMAS HEINLEIN, in his official capacity as Acting BLM Alaska State Director, *et al.*,<br><br>    Defendants,<br>  and<br><br>AMBLER METALS, LLC, *et al.*,<br><br>    Intervenor-Defendants. | Case No. 3:20-cv-00253-SLG |

## NOTICE OF SUSPENSION DECISIONS

Defendants have moved this Court for an order remanding the challenged Ambler Road Project for further administrative proceedings. *See* Defs.' Mot. for Voluntary Remand, ECF No. 111. In support of the motion, Defendants indicated that the Department of the Interior "intends to suspend" right-of-way permits for the Road, based on certain deficiencies in the underlying Project analysis, and "in order to preserve the environmental status quo." *See* Declaration of Tommy P. Beaudreau ¶ 12, ECF 111-1. Decisions suspending those permits have now been issued. The Deputy Secretary decision dated March 11, 2022, suspending Bureau of Land Management Right-of-Way Grant No. F-97112, is attached hereto as Exhibit 1. The Deputy Secretary decision dated March 14, 2022, suspending National Park Service Right-of-Way Permit No. RW GAAR-21-001, is attached hereto as Exhibit 2.

Respectfully submitted this 16th day of March, 2022.

        TODD KIM
        Assistant Attorney General
        United States Department of Justice
        Environment and Natural Resources Division

        SARAH A. BUCKLEY
        ELISABETH H. CARTER
        Trial Attorneys
        Environmental Defense Section
        P.O. Box 7611 Washington, D.C. 20044
        202-616-7554 (Buckley) || 202-305-8865 (fax)
        202-514-0286 (Carter)
        sarah.buckley@usdoj.gov
        elisabeth.carter@usdoj.gov

        */s/ Paul A. Turcke*
        PAUL A. TURCKE
        Trial Attorney
        Natural Resources Section

P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

ELIZABETH GOBESKI
Attorney Advisor
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4186
elizabeth.gobeski@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2022, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke
