# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

ALATNA VILLAGE COUNCIL, *et al.*,

    Plaintiffs,

v.

THOMAS HEINLEIN, in his official capacity as Acting Alaska State Director for the U. S. Bureau of Land Management, *et al.*,

    Defendants,
and

AMBLER METALS, LLC, *et al.*,

    Intervenor-Defendants.

Case No. 3:20-cv-00253-SLG

### AMENDED ORDER RE STATE OF ALASKA'S MOTION FOR ORDER POSTPONING BRIEFING ON THE MERITS OF PLAINTIFFS' CLAIMS

Before the Court at Docket 118 is Intervenor-Defendant *State of Alaska's Motion for Order Postponing Briefing on the Merits of Plaintiffs' Claims*. Plaintiffs filed a response of partial non-opposition at Docket 119. Defendants do not oppose. The State of Alaska filed a reply in support of the motion at Docket 120. Having duly considered the matter, IT IS ORDERED that the Motion is GRANTED IN PART. The remaining filing deadlines for the briefing on the merits at Docket 99 are STAYED, pending the Court's resolution of the *Defendants' Motion for Voluntary Remand*.[1] In

---

[1] Docket 111.

the event the *Defendants' Motion for Voluntary Remand* is denied, the Court orders briefing on the merits as follows:

1. Defendants will file their response brief **one week** after the Court's order on the *Defendants' Motion for Voluntary Remand.*

2. Intervenor-Defendants will each file a combined brief in opposition in each case on or before **three weeks** after the deadline for Defendants to file their brief; and

3. Plaintiffs may file their reply briefs on or before **three weeks** after the deadline for Intervenor-Defendants to file their briefs.

The Court at this juncture is expressing no opinion as to the merits of the *Defendants' Motion for Voluntary Remand*; a separate order will issue in that regard.

Dated this 16th day of March, 2022 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00253-SLG, *Alatna Village Council, et al. v. Heinlein, et al.*
Order re State of Alaska's Motion for Order Postponing Briefing on the Merits of Plaintiffs' Claims
Page 2 of 2

Case 3:20-cv-00253-SLG   Document 123   Filed 03/16/22   Page 2 of 2