TREG R. TAYLOR
ATTORNEY GENERAL
Ronald W. Opsahl (Alaska Bar No. 2108081)
Assistant Attorney General
Brian E. Gregg (Alaska Bar No. 2107080)
Assistant Attorney General
Alaska Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5100
Facsimile: (907) 276-3697
Email: ron.opsahl@alaska.gov
brian.gregg@alaska.gov

Attorneys for State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALATNA VILLAGE COUNCIL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS HEINLEIN, in his official capacity as Acting Alaska State Director for the U.S. Bureau of Land Management, et al., <br><br> Defendants, <br><br> and <br><br> AMBLER METALS, LLC, et al., <br><br> Intervenor-Defendants. | Case No. 3:20-cv-00253-SLG <br><br><br> **STATE OF ALASKA'S OPPOSITION TO PLAINTIFFS' MOTION TO ACCEPT OVERLENGTH BRIEF** |

Intervenor-Defendant State of Alaska ("Alaska") opposes Plaintiffs' Motion to Accept Overlength Brief (Doc. 129) and asks that the motion be denied. An overlength brief is unnecessary under the circumstances.

Plaintiffs' are responding to the motion filed by Defendant Department of the Interior (Doc. 117) seeking an order that would remand for reconsideration two decisions granting rights-of-way to the Alaska Industrial Development and Export Authority. In opposing such relief, Plaintiffs devote a substantial portion of their response (Doc. 128) to discussing extraneous matters, such as preliminary data-gathering activities on State land and State permits and other authorizations that are not at issue in this case. Relatedly, Plaintiffs spend much of their response discussing "ongoing harm from industrial activities," even though limited activities are planned over the next year.[1] This discussion, frankly, is repetitive and largely irrelevant as it fails to focus on the right-of-way decisions and related activities over which there is federal jurisdiction.

Alaska appreciates that Plaintiffs feel strongly about their arguments, and assures the Court that it is not trying to prevent Plaintiffs from adequately responding to the Department of the Interior's motion. But Plaintiffs have not shown that they need additional words to present their arguments, particularly if they were to eliminate the repetitive discussion about their alleged injuries and focus more closely on the relief requested in Interior's remand motion.

. . .

. . .

---

[1] *See* Plfs.' Motion at 7-10, 20-24.

State of Alaska's Opposition to Plaintiffs' Motion to Accept Overlength Brief
*Alatna Village Council v. Heinlein*, 3:20-cv-00253-SLG   2
Case 3:20-cv-00253-SLG   Document 130   Filed 03/24/22   Page 2 of 4

DATED: March 24, 2022.

        TREG R. TAYLOR
        ATTORNEY GENERAL

        By: /s/ Ronald W. Opsahl
            Ronald W. Opsahl
            Alaska Bar No. 2108081
            Senior Assistant Attorney General
            Brian E. Gregg
            Alaska Bar No. 2107080
            Assistant Attorney General
            Alaska Department of Law
            1031 West Fourth Avenue, Suite 200
            Anchorage, Alaska 99501
            Telephone: (907) 269-5100
            Facsimile: (907) 276-3697
            Email: ron.opsahl@alaska.gov
                    brian.gregg@alaska.gov

            Attorneys for State of Alaska

State of Alaska's Opposition to Plaintiffs' Motion to Accept Overlength Brief
*Alatna Village Council v. Heinlein*, 3:20-cv-00253-SLG      3
Case 3:20-cv-00253-SLG   Document 130   Filed 03/24/22   Page 3 of 4

# CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2022, I caused copies of the foregoing STATE OF ALASKA'S OPPOSITION TO PLAINTIFFS' MOTION TO ACCEPT OVERLENGTH BRIEF to be served by electronic means on all counsel of record by using the Court's CM/ECF system.

/s/ Leilani J. Tufaga
Law Office Assistant II

State of Alaska's Opposition to Plaintiffs' Motion to Accept Overlength Brief
*Alatna Village Council v. Heinlein*, 3:20-cv-00253-SLG 4
Case 3:20-cv-00253-SLG   Document 130   Filed 03/24/22   Page 4 of 4