TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

SARAH A. BUCKLEY (Virginia State Bar No. 87350)
ELISABETH H. CARTER (New York State Bar No. 5733274)
Trial Attorneys, Environmental Defense Section
P.O. Box 7611 Washington, D.C. 20044
202-616-7554 (Buckley) || 202-305-8865 (fax)
202-514-0286 (Carter)
sarah.buckley@usdoj.gov
elisabeth.carter@usdoj.gov

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALATNA VILLAGE COUNCIL, *et al.*,<br><br>     Plaintiffs,<br><br> v.<br><br>THOMAS HEINLEIN, in his official capacity as Acting BLM Alaska State Director, *et al.*,<br><br>     Defendants,<br><br> and<br><br>AMBLER METALS, LLC, *et al.*,<br><br>     Intervenor-Defendants. | Case No. 3:20-cv-00253-SLG |

## DEFENDANTS' NOTICE REGARDING ORAL ARGUMENT

Case 3:20-cv-00253-SLG   Document 134   Filed 04/11/22   Page 1 of 3

Consistent with Local Civil Rule 7.1(f), Defendants advise the Court and parties that they concur in Section 1 of Plaintiffs' Notice Regarding Oral Argument and Notice of New Information, ECF No. 133, addressing the possibility of oral argument on Defendants' submitted Motion for Voluntary Remand, ECF No. 111.[1] Defendants agree that the Motion may be appropriately resolved on the pleadings, and that various practical challenges will complicate the scheduling and conduct of oral argument. As indicated in the contemporaneous filings in the related case Northern Alaska Environmental Center v. Haaland, Case No. 3:21-cv-00187, if the Court determines that argument will be helpful in resolving the Motion, Defendants join in Plaintiffs' request that the Court not schedule any argument prior to May 13, 2022.

Respectfully submitted this 11th day of April 2022.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

SARAH A. BUCKLEY
ELISABETH H. CARTER
Trial Attorneys
Environmental Defense Section
P.O. Box 7611 Washington, D.C. 20044
202-616-7554 (Buckley) || 202-305-8865 (fax)
202-514-0286 (Carter)
sarah.buckley@usdoj.gov
elisabeth.carter@usdoj.gov

---

[1] Defendants agree that Local Civil Rule 7.1(f) would appear to allow for filing of a notice addressing oral argument that is filed within five days of the last filing pertaining to a motion. Defendants do not concur in, or consent to, Section 2 of Plaintiffs' notice, which purports to introduce new information on the motion outside of Plaintiffs' allotted response.

*Alatna Village Council v. Heinlein*
DEFS.' NOTICE REGARDING ORAL ARGUMENT

Case No. 3:20-cv-00253-SLG
2

/s/ Paul A. Turcke
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

Of Counsel:

ELIZABETH GOBESKI
Attorney Advisor
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4186
elizabeth.gobeski@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2022, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ Paul A. Turcke
Paul A. Turcke