TREG R. TAYLOR
ATTORNEY GENERAL
Ronald W. Opsahl (Alaska Bar No. 2108081)
Assistant Attorney General
Alaska Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5100
Facsimile: (907) 276-3697
Email: *ron.opsahl@alaska.gov*

Attorney for State of Alaska

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ALATNA VILLAGE COUNCIL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS HEINLEIN, in his official capacity, et al., <br><br> Defendants, <br><br> and <br><br> AMBLER METALS, LLC, et al., <br><br> Intervenor-Defendants. | Case No. 3:20-cv-00253-SLG <br><br> **STATE OF ALASKA'S NOTICE OF WITHDRAWAL OF COUNSEL** |

COMES NOW, Brian E. Gregg of the Alaska Department of Law hereby withdraws as counsel for the Intervenor-Defendant State of Alaska. All parties, their counsel, and the clerk of the court are hereby notified of this withdrawal of counsel. Ronald W. Opsahl of the Alaska Department of Law remains as counsel for the State.

All further pleadings, orders, and notices should be sent to:

    Ronald W. Opsahl (Alaska Bar No. 2108081)
    Assistant Attorney General
    Department of Law
    1031 West Fourth Avenue, Ste. 200
    Anchorage, AK 99501
    Phone: (907) 269-5232
    Facsimile: (907) 276-3697
    Email: *ron.opsahl@alaska.gov*

DATED: May 10, 2022.

                TREG TAYLOR
                ATTORNEY GENERAL

        By:    /s/ Ronald W. Opsahl
                Ronald W. Opsahl
                (Alaska Bar No. 2108081)
                Assistant Attorney General
                Alaska Department of Law
                1031 West Fourth Avenue, Suite 200
                Anchorage, Alaska 99501
                Phone: (907) 269-5100
                Facsimile: (907) 276-3697
                Email: *ron.opsahl@alaska.gov*

                Attorney for State of Alaska

State of Alaska's Notice of Withdrawal of Counsel    3:20-cv-00253-SLG
*Alatna Village Council v. Heinlein*    Page 2 of 3
Case 3:20-cv-00253-SLG   Document 141   Filed 05/10/22   Page 2 of 3

# CERTIFICATE OF SERVICE

      I hereby certify that on May 10, 2022, I caused copies of the foregoing STATE OF ALASKA'S NOTICE OF WITHDRAWAL OF COUSNEL to be served by electronic means on all counsel of record by using the Court's CM/ECF system.

_____
Suzanne N. Jump
Law Office Assistant I

State of Alaska's Notice of Withdrawal of Counsel   3:20-cv-00253-SLG
*Alatna Village Council v. Heinlein*   Page 3 of 3
Case 3:20-cv-00253-SLG   Document 141   Filed 05/10/22   Page 3 of 3