Kyle W. Parker, ABA No. 9212124
Sarah C. Bordelon, NV Bar 14683 (*pro hac vice*)
HOLLAND & HART LLP
1029 W. 3rd Avenue, Suite 550
Anchorage, Alaska 99501
Telephone:    (907) 865-2600
Facsimile:    (907) 865-2680
kwparker@hollandhart.com
scbordelon@hollandhart.com

*Attorneys for Alaska Industrial Development
and Export Authority*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL COUNCIL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND, in her official capacity, et al.,<br><br>Defendants,<br><br>and<br><br>AMBLER METALS, LLC, et al.<br><br>Intervenor-Defendants. | No. 3:20-cv-00187-SLG |
| ALATNA VILLAGE COUNCIL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN COHN, in his official capacity, et al.,<br><br>Defendants,<br><br>and<br><br>AMBLER METALS, LLC, et al.,<br><br>Intervenor-Defendants. | No. 3:20-cv-00253-SLG |

**NOTICE REGARDING JOINT REQUEST FOR STATUS CONFERENCE**

Intervenor-Defendants Alaska Industrial Development and Export Authority ("AIDEA"); State of Alaska; and Ambler Metals, LLC (collectively, "Intervenor-

Defendants") requested that the Court schedule a status conference with the parties to address the Federal Defendants' failure to present this Court with a schedule for completing the remand activities. Intervenor-Defendants' Joint Request for Status Conference ("Joint Request") [Dkt. 187, No. 154; Dkt. 253, No. 153]. Federal Defendants filed a response in opposition to the Joint Request, *see* Defendants' Response to Request for Status Conference ("Defendants' Response") [Dkt. 187, No. 156; Dkt. 253, No. 155], and Intervenor-Defendants filed a reply in support of the Joint Request. *See* Intervenor-Defendants' Reply in Support of Request for Status Conference [Dkt. 187, No. 157; Dkt. 253, No. 157]. Federal Defendants filed a status report on September 16, 2022 ("Status Report"). Status Report [Dkt. 187, No. 158; Dkt. 253, No. 158].

Intervenor-Defendants file this notice to inform the Court that they have reviewed the Status Report and look forward to reviewing the Notice of Intent to be published in the Federal Register on September 20, 2022, as described therein. Intervenor-Defendants are currently evaluating the impacts of the environmental review timeline which Federal Defendants outline in the status report and how best to address theissues raised in the Joint Request in light of the September 16 Status Report. Accordingly, Intervenor-Defendants respectfully request that the Court defer scheduling a status conference (previously requested for the week of September 26, 2022) until Intervenor-Defendants have the opportunity to submit a further filing, if appropriate.

INTERVENOR-DEFENDANTS' NOTICE REGARDING JOINT REQUEST FOR STATUS CONFERENCE
*Northern Alaska Environmental Center v. Haaland,* Case No. 3:20-cv-00187-SLG and *Alatna Village Council v. Cohn*, Case No. 3:20-cv-00253-SLG
Page 2 of 4

Case 3:20-cv-00253-SLG   Document 159   Filed 09/19/22   Page 2 of 4

DATED at Anchorage, Alaska this 19th day of September 2022.

**HOLLAND & HART LLP**

*/s/ Kyle W. Parker*
Kyle W. Parker, ABA No. 9212124
Sarah C. Bordelon, NV Bar 14683 (*Pro Hac Vice*)
1029 W. 3rd Avenue, Suite 550
Anchorage, Alaska 99501
Telephone: (907) 865-2600
Facsimile: (907) 865-2680
kwparker@hollandhart.com
scbordelon@hollandhart.com

*Attorneys for Alaska Industrial Development and Export Authority*

**TREG R. TAYLOR**
**ATTORNEY GENERAL**

By: */s/ Ronald W. Opsahl*
Ronald W. Opsahl
(Alaska Bar No. 2108081)
Assistant Attorney General
Alaska Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5100
Facsimile: (907) 276-3697
Email: ron.opsahl@alaska.gov

*Attorney for State of Alaska*

INTERVENOR-DEFENDANTS' NOTICE REGARDING JOINT REQUEST FOR STATUS CONFERENCE
*Northern Alaska Environmental Center v. Haaland,* Case No. 3:20-cv-00187-SLG and *Alatna Village Council v. Cohn*, Case No. 3:20-cv-00253-SLG
Page 3 of 4

Case 3:20-cv-00253-SLG   Document 159   Filed 09/19/22   Page 3 of 4

PERKINS COIE LLP

By: *s/ Stacey Bosshardt*
Stacey Bosshardt (*Pro Hac Vice*)
DC Bar No. 458645
Kerensa Gimre (*Pro Hac Vice*)
DC Bar No. 1780406
SBosshardt@perkinscoie.com
KGimre@perkinscoie.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211

Eric B. Fjelstad
EFjelstad@perkinscoie.com
James N. Leik
JLeik@perkinscoie.com
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561

*Attorneys for Intervenor-Defendant Ambler Metals, LLC*

## CERTIFICATE OF SERVICE

I hereby certify on September 19, 2022, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification and electronic service of the same to all counsel of record.

/s/ Kyle W. Parker

INTERVENOR-DEFENDANTS' NOTICE REGARDING JOINT REQUEST FOR STATUS CONFERENCE
*Northern Alaska Environmental Center v. Haaland,* Case No. 3:20-cv-00187-SLG and *Alatna Village Council v. Cohn*, Case No. 3:20-cv-00253-SLG
Page 4 of 4

Case 3:20-cv-00253-SLG   Document 159   Filed 09/19/22   Page 4 of 4