Teresa B. Clemmer (AK Bar No. 0111059)
CLEMMER LAW OFFICE LLC
PO Box 4086
Palmer, AK 99645
Phone: 907-982-2774
tclemmer@clemmerlaw.net

*Counsel for Plaintiffs Alatna Tribal Council, Allakaket Village Council, Evansville Tribal Council, Huslia Tribal Council, Tanana Tribal Council, and Tanana Chiefs Conference*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ALATNA TRIBAL COUNCIL, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> STEVEN COHN, in his official capacity, *et al.*, <br><br> Defendants, <br> and <br><br> AMBLER METALS, LLC, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:20-cv-00253-SLG |

**PLAINTIFFS' UNOPPOSED MOTION TO DROP PARTIES**
Fed. R. Civ. P. Rule 21

PLAINTIFFS' UNOPPOSED MOTION TO DROP PARTIES,
*Alatna Village Council v. Heinlein,* 3:20-cv-00253-SLG
Case 3:20-cv-00253-SLG   Document 180   Filed 02/17/23   Page 1 of 3

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiffs hereby move the Court to drop Plaintiff Allakaket Village Council and Plaintiff Huslia Tribal Council from this lawsuit. This motion is being made at the request of each of the respective Tribal governments. The remaining Plaintiffs will continue pursuing the litigation. The non-participation of these two Tribes will not affect the Plaintiffs' claims, arguments, or positions in this matter. There will also be no effect on the scheduling or conduct of this litigation, or any other change that would adversely affect any other party.

Plaintiffs' counsel has consulted with counsel for the other parties, as well as with counsel for the Plaintiffs' in the parallel litigation, *NAEC v. Haaland*, 3:20-cv-00187. The other Plaintiffs, Defendants, and Intervenor-Defendants have all indicated they do not oppose this motion.

DATED: February 17, 2023

        Respectfully submitted,

        CLEMMER LAW OFFICE, LLC

        By:     *s/ Teresa B. Clemmer*
               Teresa B. Clemmer (AK Bar No. 0111059)

        *Counsel for Plaintiffs*

PLAINTIFFS' UNOPPOSED MOTION TO DROP PARTIES,
*Alatna Village Council v. Heinlein,* 3:20-cv-00253-SLG     1
Case 3:20-cv-00253-SLG   Document 180   Filed 02/17/23   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that, on February 17, 2023, I caused copies of the following:

PLAINTIFFS' UNOPPOSED MOTION TO DROP PARTIES

to be filed with the Court and served by electronic means on all counsel of record through the Court's CM/ECF system.

      /s/ *Teresa B. Clemmer*
      Teresa B. Clemmer

PLAINTIFFS' UNOPPOSED MOTION TO DROP PARTIES,
*Alatna Village Council v. Heinlein,* 3:20-cv-00253-SLG    2
Case 3:20-cv-00253-SLG    Document 180    Filed 02/17/23    Page 3 of 3