Teresa B. Clemmer (AK Bar No. 0111059)
CLEMMER LAW OFFICE LLC
PO Box 4086
Palmer, AK 99645
Phone: 907-982-2774
tclemmer@clemmerlaw.net

*Counsel for Plaintiffs Alatna Village Council, Evansville Tribal Council, Tanana Tribal Council, and Tanana Chiefs Conference*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALATNA VILLAGE COUNCIL, *et al.*,<br><br>    Plaintiffs,<br> v.<br><br>STEVEN COHN, in his official capacity, *et al.*,<br><br>    Defendants,<br> and<br><br>AMBLER METALS, LLC, *et al.*,<br><br>    Intervenor-Defendants. | Case No. 3:20-cv-00253-SLG |

## PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL

PLAINTIFFS' MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTION OF COUNSEL, *Alatna Village Council v. Heinlein,* 3:20-cv-00253-SLG

Case 3:20-cv-00253-SLG   Document 185   Filed 02/22/23   Page 1 of 3

Pursuant to Local Civil Rule 11.1(c)(1)(B), Plaintiffs hereby move this Court for substitution of counsel. Plaintiffs' counsel of record, Teresa Clemmer of Clemmer Law Office LLC, seeks leave from the Court to withdraw as counsel for Plaintiffs.

Hereafter, Plaintiffs Alatna Village Council, Evansville Tribal Council, Tanana Tribal Council, and Tanana Chiefs Council will be represented by Nathaniel Amdur-Clark and Whitney A. Leonard of Sonosky, Chambers, Sachse, Miller & Monkman. Substitute counsel will be submitting a Notice of Appearance shortly after this filing.

DATED: February 22, 2023

>Respectfully submitted,
>
>CLEMMER LAW OFFICE, LLC
>
>By:     *s/ Teresa B. Clemmer*
>        Teresa B. Clemmer (AK Bar No. 0111059)
>
>*Counsel for Plaintiffs*

PLAINTIFFS' MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTION OF COUNSEL, *Alatna Village Council v. Heinlein,* 3:20-cv-00253-SLG     1

Case 3:20-cv-00253-SLG   Document 185   Filed 02/22/23   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that, on February 22, 2023, I caused copies of the following:

PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL

to be filed with the Court and served by electronic means on all counsel of record through the Court's CM/ECF system.

      /s/ *Teresa B. Clemmer*
      Teresa B. Clemmer

PLAINTIFFS' MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTION OF COUNSEL, *Alatna Village Council v. Heinlein,* 3:20-cv-00253-SLG      2

Case 3:20-cv-00253-SLG    Document 185    Filed 02/22/23    Page 3 of 3