David Karl Gross, ABA #9611065
James Lister, ABA #1611111
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
dgross@bhb.com
JLister@bhb.com
Telephone 907.276.1550
Facsimile 907.276.3680

Attorneys for Intervenor-Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the Interior, et al.,<br><br>    Defendants,<br><br>and<br><br>AMBLER METALS, LLC, et al.,<br><br>    Intervenor-Defendants | Case No.: 3:20-cv-00187-SLG |
| ALATNA VILLAGE COUNCIL, et al.,<br><br>    Plaintiff<br><br>vs.<br><br>STEVEN COHN, in his official capacity as Alaska State Director for the U.S. Bureau of Land Management, et al.,<br><br>    Defendant,<br><br>and<br><br>AMBLER METALS, LLC, et al.,<br><br>    Intervenor-Defendants | Case No.: 3:20-cv-00253-SLG |

NAEC V. DEBRA HAALAND, ET AL.,      CASE NO. 3:20-CV-187-SLG & 3:20-CV-253-SLG
ORDER APPROVING SUBSTITUTION OF COUNSEL      PAGE 1 OF 2
01360803.DOCX

Case 3:20-cv-00253-SLG    Document 198-1    Filed 07/10/23    Page 1 of 2

# [PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL

IT IS HEREBY ORDERED that David Karl Gross and James Lister of the law firm of Birch Horton Bittner & Cherot will be substituted in as counsel of record for Intervenor-Defendant Alaska Industrial Development and Export Authority.

IT IS FURTHER ORDERED that the Court shall approve the withdrawal of Kyle Parker and Sarah Bordelon of the law firm of Holland & Hart.

DATED this _____ day of _____, 2023.

_____
Sharon L. Gleason
United States District Judge

NAEC V. DEBRA HAALAND, ET AL., CASE NO. 3:20-CV-187-SLG & 3:20-CV-253-SLG
ORDER APPROVING SUBSTITUTION OF COUNSEL PAGE 2 OF 2
01360803.DOCX

Case 3:20-cv-00253-SLG   Document 198-1   Filed 07/10/23   Page 2 of 2