TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

ELISABETH H. CARTER (New York State Bar No. 5733274)
ALBERT LIN (California State Bar No. 338253)
Trial Attorneys, Environmental Defense Section
P.O. Box 7611 Washington, D.C. 20044
202-514-0286 (Carter) || 202-305-8865 (fax)
202-514-2741 (Lin)
elisabeth.carter@usdoj.gov
albert.lin@usdoj.gov

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
c/o U.S. Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALATNA VILLAGE COUNCIL, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>STEVEN COHN, in his official capacity as BLM Alaska State Director, *et al.*,<br><br>    Defendants,<br>and<br><br>AMBLER METALS, LLC, *et al.*,<br><br>    Intervenor-Defendants. | Case No. 3:20-cv-00253-SLG |

## DEFENDANTS' SEVENTH STATUS REPORT

Defendants submit the following status report in accordance with the Court's Order Re Motions for Voluntary Remand (ECF No. 142) dated May 17, 2022. This is Defendants' seventh status report, which will expand upon information provided in the prior status reports filed on July 18, 2022 (ECF No. 151), September 16, 2022 (ECF No. 158), November 15, 2022 (ECF No. 164), January 17, 2023 (ECF No. 169), March 20, 2023 (ECF No. 193), and May 19, 2023 (ECF No. 195).

Defendant Bureau of Land Management (BLM) continues to engage in project management and analysis activities under the National Environmental Policy Act and continues to conduct meetings and consultations with stakeholders and Alaska Native Tribes and Corporations in conjunction with related processes and determinations under Alaska National Interest Lands Conservation Act Section 810 and National Historic Preservation Act Section 106. These activities continue to be focused on preparation of the Supplemental Environmental Impact Statement (SEIS) in close coordination with the several cooperating agencies that are participating in that effort and with the support of the contractor that BLM has engaged to assist in preparation of the SEIS. Additionally, BLM is conducting various activities with cooperating agencies, the Alaska Industrial Development and Export Authority, State Historic Preservation Officer, signatories, and consulting parties regarding ongoing implementation of the Programmatic Agreement, including the 2022 Annual Fieldwork Report and proposed 2023 Annual Work Plan. BLM continues to anticipate publishing a Draft SEIS in the third quarter of calendar year 2023, a Final SEIS in the first quarter of calendar year 2024, and a Record of Decision within the second quarter of calendar year 2024.

Defendants' next report is due on September 18, 2023. Defendants will continue to "(1) provide prompt notice to Plaintiffs of any applications and authorizations for activities on federal lands related to the Ambler Road and (2) provide no less than 28 days' notice to Plaintiffs in advance of any ground-disturbing activities [except limited brush clearing solely to allow for helicopter landings] occurring pursuant to the 404 permit or other authorizations." Order Re Motions for Reconsideration 12, ECF No. 150.

Respectfully submitted this 18th day of July 2023.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

ELISABETH H. CARTER
ALBERT LIN
Trial Attorneys, Environmental Defense Section
P.O. Box 7611 Washington, D.C. 20044
202-514-0286, -2741(Lin) || 202-305-8865 (fax)
elisabeth.carter@usdoj.gov
albert.lin@usdoj.gov

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

Of Counsel:

MIKE GIERYIC
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

# CERTIFICATE OF SERVICE

      I hereby certify that on July 18, 2023, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                              */s/ Paul A. Turcke*
                              Paul A. Turcke