TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

ELISABETH H. CARTER (New York State Bar No. 5733274)
ALBERT LIN (California State Bar No. 338253)
Trial Attorneys, Environmental Defense Section
P.O. Box 7611 Washington, D.C. 20044
202-514-0286 (Carter) ‖ 202-305-8865 (fax)
202-514-2741 (Lin)
elisabeth.carter@usdoj.gov
albert.lin@usdoj.gov

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ALATNA VILLAGE COUNCIL, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>STEVEN COHN, in his official capacity as BLM Alaska State Director, *et al.*,<br><br>Defendants,<br>and<br><br>AMBLER METALS, LLC, *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:20-cv-00253-SLG |

**DEFENDANTS' TENTH STATUS REPORT**

Defendants submit the following status report in accordance with the Court's Order Re Motions for Voluntary Remand (ECF No. 142) dated May 17, 2022. This is Defendants' tenth status report, which will expand upon information provided in the prior status reports, the most recent of which was filed on November 17, 2023 (ECF No. 205).

Defendant Bureau of Land Management (BLM) posted the Draft Supplemental Environmental Impact Statement (SEIS) and preliminary revised Alaska National Interest Lands Conservation Act Section 810 Evaluation to its ePlanning website on October 13, 2023. BLM and the Environmental Protection Agency published notices of availability of the Draft SEIS in the Federal Register on October 20 and 23, respectively. The public comment period on the Draft SEIS ended on December 22. BLM conducted several public meetings concerning the Draft SEIS, and conducted associated ANILCA Section 810 hearings on subsistence use in communities affected by the project. Transcripts from these meetings will be posted when they become available. Information about the project can be found at https://eplanning.blm.gov/eplanning-ui/project/57323/510. BLM continues to anticipate publishing a Final SEIS in the first quarter of calendar year 2024, and a Record of Decision within the second quarter of calendar year 2024.

Defendants' next report is due on March 18, 2024. Defendants will continue to "(1) provide prompt notice to Plaintiffs of any applications and authorizations for activities on federal lands related to the Ambler Road and (2) provide no less than 28 days' notice to Plaintiffs in advance of any ground-disturbing activities [except limited brush clearing solely to allow for helicopter landings] occurring pursuant to the 404 permit or other authorizations." Order Re Motions for Reconsideration 12, ECF No. 150.

*Alatna Village Council v. Cohn*  
DEFS.' TENTH STATUS REPORT

Case No. 3:20-cv-00253-SLG  
2

Case 3:20-cv-00253-SLG   Document 208   Filed 01/16/24   Page 2 of 3

Respectfully submitted this 16th day of January 2024.

> TODD KIM
> Assistant Attorney General
> United States Department of Justice
> Environment and Natural Resources Division
>
> ELISABETH H. CARTER
> ALBERT LIN
> Trial Attorneys, Environmental Defense Section
> P.O. Box 7611 Washington, D.C. 20044
> 202-514-0286, -2741(Lin) || 202-305-8865 (fax)
> elisabeth.carter@usdoj.gov
> albert.lin@usdoj.gov
>
> */s/ Paul A. Turcke*
> PAUL A. TURCKE
> Trial Attorney, Natural Resources Section
> 1290 West Myrtle Street, Suite 500
> Boise, ID 83702
> 202-532-5994 || 202-305-0275 (fax)
> paul.turcke@usdoj.gov
>
> *Attorneys for Defendants*

Of Counsel:

MIKE GIERYIC
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

# CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2024, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

> */s/ Paul A. Turcke*
> Paul A. Turcke