TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

ELISABETH H. CARTER (New York State Bar No. 5733274)
ALBERT LIN (California State Bar No. 338253)
Trial Attorneys, Environmental Defense Section
P.O. Box 7611 Washington, D.C. 20044
202-514-0286 (Carter) ‖ 202-305-8865 (fax)
202-514-2741 (Lin)
elisabeth.carter@usdoj.gov
albert.lin@usdoj.gov

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ALATNA VILLAGE COUNCIL, *et al.*,<br><br>       Plaintiffs,<br>  v.<br><br>STEVEN COHN, in his official capacity as BLM Alaska State Director, *et al.*,<br><br>       Defendants,<br>  and<br><br>AMBLER METALS, LLC, *et al.*,<br><br>       Intervenor-Defendants. | Case No. 3:20-cv-00253-SLG |

**DEFENDANTS' TWELFTH STATUS REPORT**

Defendants submit the following status report in accordance with the Court's Order Re Motions for Voluntary Remand (ECF No. 142) dated May 17, 2022.  This is Defendants' twelfth status report, which will expand upon information provided in the prior status reports, the most recent of which was filed on March 18, 2024 (ECF No. 210).

Defendant Bureau of Land Management (BLM) posted the Final Supplemental Environmental Impact Statement (SEIS) and associated Alaska National Interest Lands Conservation Act Section 810 Evaluation to its ePlanning website on April 19, 2024.  The Final SEIS and other information about the project can be found at https://eplanning.blm.gov/eplanning-ui/project/57323/510.  The Environmental Protection Agency (EPA) published Notice of Availability of the Final SEIS in the Federal Register on April 26, 2024.  *See* 89 Fed. Reg. 32,427 (Apr. 26, 2024).  On the same day, BLM published Notice of Availability of the Final SEIS in the Federal Register.  *See* 89 Fed. Reg. 32,458 (Apr. 26, 2024).  This Notice states that BLM "will issue a Record of Decision (ROD) for the project no earlier than 30 days from the date the EPA publishes its notice of availability of the Final [SEIS] in the Federal Register."  *Id*.  BLM continues to anticipate publishing a Record of Decision within the second quarter of calendar year 2024.

Defendants' next report is due on July 16, 2024.  Defendants will continue to "(1) provide prompt notice to Plaintiffs of any applications and authorizations for activities on federal lands related to the Ambler Road and (2) provide no less than 28 days' notice to Plaintiffs in advance of any ground-disturbing activities [except limited brush clearing

*Alatna Village Council v. Cohn*  
DEFS.' TWELFTH STATUS REPORT

Case No. 3:20-cv-00253-SLG
2

Case 3:20-cv-00253-SLG   Document 212   Filed 05/17/24   Page 2 of 3

solely to allow for helicopter landings] occurring pursuant to the 404 permit or other authorizations." Order Re Motions for Reconsideration 12, ECF No. 150.

Respectfully submitted this 17th day of May 2024.

>
> TODD KIM
> Assistant Attorney General
> United States Department of Justice
> Environment and Natural Resources Division
>
> ELISABETH H. CARTER
> ALBERT LIN
> Trial Attorneys, Environmental Defense Section
> P.O. Box 7611 Washington, D.C. 20044
> 202-514-0286, -2741(Lin) ‖ 202-305-8865 (fax)
> elisabeth.carter@usdoj.gov
> albert.lin@usdoj.gov
>
> */s/ Paul A. Turcke*
> PAUL A. TURCKE
> Trial Attorney, Natural Resources Section
> 1290 West Myrtle Street, Suite 500
> Boise, ID 83702
> 202-532-5994 ‖ 202-305-0275 (fax)
> paul.turcke@usdoj.gov
>
> *Attorneys for Defendants*

Of Counsel:

MIKE GIERYIC
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2024, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

>
> */s/ Paul A. Turcke*
> Paul A. Turcke