TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

ELISABETH H. CARTER (New York State Bar No. 5733274)
ALBERT LIN (California State Bar No. 338253)
Trial Attorneys, Environmental Defense Section
P.O. Box 7611 Washington, D.C. 20044
202-514-0286 (Carter) ‖ 202-305-8865 (fax)
202-514-2741 (Lin)
elisabeth.carter@usdoj.gov
albert.lin@usdoj.gov

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ALATNA VILLAGE COUNCIL, *et al.*,<br><br>        Plaintiffs,<br><br> v.<br><br>STEVEN COHN, in his official capacity as BLM Alaska State Director, *et al.*,<br><br>        Defendants,<br> and<br><br>AMBLER METALS, LLC, *et al.*,<br><br>        Intervenor-Defendants. | Case No. 3:20-cv-00253-SLG |

**DEFENDANTS' THIRTEENTH STATUS REPORT**

Defendants submit the following status report in accordance with the Court's Order Re Motions for Voluntary Remand (ECF No. 142) dated May 17, 2022. This is Defendants' thirteenth status report, which will expand upon information provided in the prior status reports, the most recent of which was filed on May 17, 2024 (ECF No. 212).

Defendant Bureau of Land Management (BLM) posted its Ambler Road Record of Decision (ROD) to its ePlanning website on June 28, 2024. A copy of the BLM ROD is attached as Exhibit 1 hereto. The BLM ROD, Final Supplemental Environmental Impact Statement, and other information about the project can be found at https://eplanning.blm.gov/eplanning-ui/project/57323/510. Counsel anticipate reviewing the BLM ROD and conferring about how the BLM ROD affects, or provides a basis for further proceedings in, this litigation.

Defendants' next report is due on September 16, 2024. Defendants will continue to "(1) provide prompt notice to Plaintiffs of any applications and authorizations for activities on federal lands related to the Ambler Road and (2) provide no less than 28 days' notice to Plaintiffs in advance of any ground-disturbing activities [except limited brush clearing solely to allow for helicopter landings] occurring pursuant to the 404 permit or other authorizations." Order Re Motions for Reconsideration 12, ECF No. 150.

Respectfully submitted this 16th day of July 2024.

> TODD KIM
> Assistant Attorney General
> United States Department of Justice
> Environment and Natural Resources Division
>
> ELISABETH H. CARTER
> ALBERT LIN
> Trial Attorneys

Environmental Defense Section
P.O. Box 7611 Washington, D.C. 20044
202-514-0286, -2741(Lin) || 202-305-8865 (fax)
elisabeth.carter@usdoj.gov
albert.lin@usdoj.gov

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

Of Counsel:

MIKE GIERYIC
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2024, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke