ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALATNA VILLAGE COUNCIL, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>KEVIN PENDERGAST, in his official capacity as BLM Alaska State Director, *et al.*,<br><br>        Defendants,<br>    and<br><br>AMBLER METALS, LLC, *et al.*,<br><br>        Intervenor-Defendants. | Case No. 3:20-cv-00253-SLG |

## DEFENDANTS' TWENTY-FOURTH STATUS REPORT

Defendants submit the following status report in accordance with the Court's

Order Re Motions for Voluntary Remand (Dkt. 142) dated May 17, 2022.  This is

Defendants' twenty-fourth status report, which expands upon information provided in

prior status reports, the most recent of which was filed on March 23, 2026, Dkt. 255.

Since then, the Court has issued the Order on Motions to Amend and Supplement Complaint, Dkt. 273. That Order grants Plaintiffs leave to file an amended and supplemental complaint, directs Defendants and Intervenor-Defendants to answer or otherwise respond to each complaint no later than June 8, and directs the parties to meet and confer and file a proposed briefing schedule no later than June 8. *Id*. at 5. The course of further proceedings will therefore be determined following those events.

If Defendants' obligations on remand remain unchanged, then Defendants' next status report will be due on July 21, 2026. Defendants will continue to "(1) provide prompt notice to Plaintiffs of any applications and authorizations for activities on federal lands related to the Ambler Road and (2) provide no less than 28 days' notice to Plaintiffs in advance of any ground-disturbing activities [except limited brush clearing solely to allow for helicopter landings] occurring pursuant to the 404 permit or other authorizations." Order Re Motions for Reconsideration 12, Dkt. 150.

Respectfully submitted this 22nd day of May 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

Of Counsel:

JASON HARTZ
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4071
jason.hartz@sol.doi.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke

*Alatna Village Council v. Pendergast*
DEFS.' TWENTY-FOURTH STATUS REPORT

Case No. 3:20-cv-00253-SLG
3